IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West

Civil Action No. 08-CV-01463-RPM-DLW

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW,

Plaintiffs,

vs.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;
CHARLES SHAFER, II;
MICHAEL MCQUINN;
MICHAEL MCQUINN AS TRUSTEE FOR THE MICHAEL MCQUINN PROFIT SHARING PLAN;
BARRY MASON;
BRANDON ROFF;
BRET MASON;
DANIEL WANSTRATH;
DIANE ORRELL-LOPEZ;
DYLAN NORTON;
JACKIE ONEY and
TONY ONEY, husband and wife;
JANET L. PETTIGREW AS TRUSTEE OF THE JANET L. PETTIGREW REVOCABLE TRUST DATED FEBRUARY 27, 2006;
LESLIE R. FARRELL;
LOIS CARPENTER;
MATTHEW SPOWART;
MCKOWN AND MCKOWN, LLC, a Colorado limited liability company;
MREI, LLC, an Alaskan limited liability company;
R. KEN CARPENTER;
ROBERT WALLACE;
RONALD W. PETTIGREW AS TRUSTEE OF THE RONALD W. PETTIGREW REVOCABLE TRUST DATED FEBRUARY 27, 2006;
ROYAL LILLGE;
SULTANA INVESTMENT LIMITED PARTNERSHIP, an Alaska limited partnership;
THOMAS L. GRAMS;
THOMAS A. ST. OURS; and
WILLIAM PEASE FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership,

**Defendants.**

## ORDER OF RECUSAL

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The above-referenced case was referred to the Magistrate Judge David L. West by an Order of Reference to Magistrate Judge entered on July 16, 2008 by the Hon. Richard P. Matsch.

The Magistrate Judge knows a number of the parties involved in the case and the appearance of a conflict would be significant.

**IT IS HEREBY ORDERED** that Magistrate Judge David L. West recuses himself from conducting proceedings in this case and requests that Judge Richard P. Matsch enter an Order of Reference re-assigning this matter to another Magistrate Judge.

**DATED: July 22, 2008.**

        **BY THE COURT:**

        **s/David L. West**
        **United States Magistrate Judge**