# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

U.S. MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 1:08-cv-01463-RPM-MJW

EPC Corporation, an Arizona corporation;
and, DENNIS C. SHAW, an individual;

Plaintiffs,

v.

JAMES G. KREUTZER, an individual;
HERMOSA PARK, LLC, a Colorado limited
liability company;
CHARLES SHAFER, II, an individual;
MICHAEL MCQUINN, an individual;
MICHAEL MCQUINN AS TRUSTEE FOR
THE MICHAEL MCQUINN PROFIT
SHARING PLAN;
BARRY MASON, an individual;
BRANDON ROPP, an individual;
BRET MASON, an individual;
DANIEL WANSTRATH, an individual;
DIANE ORRELL-LOPEZ, an individual;
DYLAN NORTON, an individual;
JACKIE ONEY; wife
TONY ONEY, husband;
JANET L. PETTIGREW AS TRUSTEE OF
THE JANET L. PETTIGREW REVOCABLE
TRUST DATED FEBRUARY 27, 2006;
LESLIE R. FARRELL, an individual;
LOIS CARPENTER, an individual;
MATTHEW SPOWART, an individual;
MCKOWN AND MCKOWN, LLC, a Colorado
limited liability company;
MREI, LLC, an Alaska limited liability
company;
R. KEN CARPENTER, an individual;
ROBERT WALLACE, an individual;
RONALD W. PETTIGREW AS TRUSTEE OF
THE RONALD W. PETTIGREW

REVOCABLE TRUST DATED FEBRUARY
27, 2006;
ROYAL LILLGE, an individual;
SULTANA INVESTMENT LIMITED
PARTNERSHIP, an Alaska limited
partnership;
THOMAS L. GRAMS, an individual;
THOMAS A. ST.OURS, an individual; and
WILLIAM PEASE FAMILY LIMITED
PARTNERSHIP, an Alaska limited
partnership,

        Defendants.
_____

## MINUTE ORDER
_____

Entered by Magistrate Judge Watanabe

    It is hereby ORDERED that the Plaintiffs' Unopposed Motion to Amend Their Complaint, DN 56, filed with the Court on December 16, 2008, is GRANTED. However, the Proposed Amended Complaint, found at Docket number 56, is not accepted for filing as it was not signed by counsel.

    FURTHER, IT IS ORDERED that the Amended Complaint, Document 61, tendered to the Court on December 17, 2008 is approved and accepted for filing as of the date of this order.

Date: December 18, 2008