**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 30, 2009
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Civil Action No. 08-cv-01463-RPM-MJW

| | |
|---|---|
| EPC Corporation, an Arizona corporation; | Robert Berens |
| DENNIS C. SHAW; | Jerome M. Joseph |

Plaintiffs,

v.

| | |
|---|---|
| JAMES G. KREUTZER, | *Pro Se* |
| HERMOSA PARK, LLC, a Colorado limited liability company; | |
| CHARLES SHAFER, II; | |
| MICHAEL MCQUINN; | Michael B. Levy |
| MICHAEL MCQUINN AS TRUSTEE | |
| FOR THE MICHAEL MCQUINN PROFIT SHARING PLAN; | |

BARRY MASON;
BRANDON ROFF;
BRET MASON;
DANIEL WANSTRATH;
DIANE ORRELL-LOPEZ;
DYLAN NORTON;
JACKIE ONEY and
TONY ONEY, husband and wife;
JANET L. PETTIGREW AS TRUSTEE OF
THE JANET L. PETTIGREW REVOCABLE TRUST DATED FEBRUARY 27, 2006;
LESLIE R. FARRELL;
LOIS CARPENTER;
MATTHEW SPOWART;
MCKOWN AND MCKOWN, LLC, a Colorado limited liability company;
MREI, LLC, an Alaskan limited liability company;
R. KEN CARPENTER;
ROBERT WALLACE;
RONALD W. PETTIGREW AS TRUSTEE OF
THE RONALD W. PETTIGREW REVOCABLE TRUST DATED FEBRUARY 27, 2006;
ROYAL LILLGE;
SULTANA INVESTMENT LIMITED PARTNERSHIP, an Alaska limited partnership;
THOMAS L. GRAMS;
THOMAS A. ST. OURS; and
WILLIAM PEASE FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership,

Defendants.

---
## COURTROOM MINUTES
---

**Status Conference**

**2:00 p.m.     Court in session.**

Defendant Michael McQuinn present.

Court's preliminary remarks and states its understanding and assessment of the case from the review of the file.

**ORDERED:     The September 24, 2008 [28] Scheduling Order entered is vacated.**

**ORDERED:     Plaintiffs' Motion for Reconsideration of Plaintiffs' Motion for Judgment by Default Against Defendant Hermosa Park. LLC, filed March 16, 2009 [88], is denied.**

2:07 p.m.     Statements by Mr. Levy regarding case facts.
2:14 p.m.     Statements by Mr. Kreutzer.
2:19 p.m.     Statements by Mr. Berens.

Mr. Levy states defendants are pursuing its counterclaims.

**ORDERED:     Counsel shall prepare an agreed scheduling order that addresses in clarity the parties' respective positions, succinctly states the claims, defenses and counterclaims and if any discovery issues and submit it directly to chambers in paper format by 4:00 p.m., April 13, 2009.**

**ORDERED:     Plaintiffs' Motion for Judgment by Default Against Defendant Hermosa Park. LLC, filed December 9, 2008 [46], is denied.**

**ORDERED:     Recommendation Regarding Plaintiffs' Motion for Judgment by Default Against Defendant Hermosa Park. LLC, filed February 6, 2009 [82], is not adopted and denied.**

**2:37 p.m.     Court in recess.**

Hearing concluded.  Total time: 37 min.