IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

        Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;
CHARLES SHAFER, II;
MICHAEL MCQUINN;
MICHAEL MCQUINN AS TRUSTEE FOR THE MICHAEL MCQUINN PROFIT SHARING PLAN;
BARRY MASON;
BRANDON ROFF;
BRET MASON;
DANIEL WANSTRATH;
DIANE ORRELL-LOPEZ;
DYLAN NORTON;
JACKIE ONEY and
TONY ONEY, husband and wife;
JANET L. PETTIGREW AS TRUSTEE OF THE JANET L. PETTIGREW REVOCABLE TRUST
  DATED FEBRUARY 27, 2006;
LESLIE R. FARRELL;
LOIS CARPENTER;
MATTHEW SPOWART;
MCKOWN AND MCKOWN, LLC, a Colorado limited liability company;
MREI, LLC, an Alaskan limited liability company;
R. KEN CARPENTER;
ROBERT WALLACE;
RONALD W. PETTIGREW AS TRUSTEE OF THE RONALD W. PETTIGREW REVOCABLE
 TRUST DATED FEBRUARY 27, 2006;
ROYAL LILLGE;
SULTANA INVESTMENT LIMITED PARTNERSHIP, an Alaska limited partnership;
THOMAS L. GRAMS;
THOMAS A. ST. OURS; and
WILLIAM PEASE FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership,

        Defendants.
and

Civil Action No. 09-cv-00940-RPM

EPC CORPORATION, an Arizona corporation;
DENNIS C. SHAW,

        Plaintiffs,

v.

JAMES G. KREUTZER,
PTARMIGAN RIDGE, LLC, a Colorado limited liability company;
CHARLES SHAFER, II;
CHARLES SHAFER, II, AS TRUSTEE FOR THE CHARLES SHAFER II PROFIT SHARING
  PLAN AND TRUST;
MICHAEL MCQUINN;
BARRY MASON;
SULTANA INVESTMENT LIMITED PARTNERSHIP, an Alaska limited partnership;
WILLIAM PEASE FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership;
NATALIA SAPRYKINA;
JACKIE AND TONY ONEY, husband and wife;
DAN WANSTRATH;
THOMAS GRAMS;
CARL RAND; and
BRET MASON,

     Defendants.
_____

## ORDER OF CONSOLIDATION
_____

Pursuant to Fed.R.Civ.P. 42, because there are common questions of fact and law in these two civil actions, it is

ORDERED that these civil actions are consolidated.

Dated: September 10th, 2009

          BY THE COURT:

          s/Richard P. Matsch

          _____
          Richard P. Matsch, Senior District Judge