IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM
(Consolidated with 09-cv-00940-RPM)

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

        Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;
CHARLES SHAFER, II;
MICHAEL MCQUINN;
MICHAEL MCQUINN AS TRUSTEE FOR THE MICHAEL MCQUINN PROFIT SHARING PLAN;
BARRY MASON;
BRET MASON;
DANIEL WANSTRATH;
DIANE ORRELL-LOPEZ;
DYLAN NORTON;
JACKIE ONEY and
TONY ONEY, husband and wife;
JANET L. PETTIGREW AS TRUSTEE OF THE JANET L. PETTIGREW REVOCABLE TRUST
  DATED FEBRUARY 27, 2006;
LESLIE R. FARRELL;
LOIS CARPENTER;
MATTHEW SPOWART;
MCKOWN AND MCKOWN, LLC, a Colorado limited liability company;
MREI, LLC, an Alaskan limited liability company;
R. KEN CARPENTER;
ROBERT WALLACE;
RONALD W. PETTIGREW AS TRUSTEE OF THE RONALD W. PETTIGREW REVOCABLE
TRUST DATED FEBRUARY 27, 2006;
ROYAL LILLGE;
SULTANA INVESTMENT LIMITED PARTNERSHIP, an Alaska limited partnership;
THOMAS L. GRAMS;
THOMAS A. ST. OURS; and
WILLIAM PEASE FAMILY LIMITED PARTNERSHIP, an Alaska limited partnership,
PTARMIGAN RIDGE, LLC, a Colorado limited liability company;
CHARLES SHAFER, II, AS TRUSTEE FOR THE CHARLES SHAFER II PROFIT SHARING
  PLAN AND TRUST;
NATALIA SAPRYKINA;
DAN WANSTRATH;
THOMAS GRAMS; and
CARL RAND;

        Defendants.

_____
## ORDER FOR DISMISSAL WITH PREJUDICE
_____

Pursuant to the Stipulation for Dismissal with Prejudice [152], it is

ORDERED the complaint is dismissed with prejudice as to Defendants Charles Shaffer II; Charles Charles Shaffer, II as Trustee for the Charles Shafer II Profit Sharing Plan and Trust; Michael McQuinn; Barry Mason; Bret Mason; Daniel Wanstrath; Natalia Saprykina; Jackie Oney and Tony Oney, husband and wife; Sultana Investment Limited Partnership, Thomas L. Grams; Carl Rand; and William Pease Family Limited Partnership, an Alaska limited partnership, with prejudice, each party to pay their own costs and attorneys' fees, and it is

FURTHER ORDERED that said defendants' claims against Plaintiffs are dismissed with prejudice.

Dated:   March 1st, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge