IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM
(Consolidated with 09-cv-00940-RPM)

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

            Plaintiffs,

v.

JAMES G. KREUTZER and
HERMOSA PARK, LLC, a Colorado limited liability company;

            Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **April 30, 2010, at 3:00 p.m.** in the

Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street,

Denver, Colorado.   Counsel are directed to comply with the Instructions for Preparation of

Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx**

(Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions

(Rev. 1/08).  The proposed order (original only) on paper, shall be submitted directly to chambers

by **4:00 p.m. on April 22, 2010.**

The conference is conducted with lead counsel present in person.   No parties or

representatives of parties will be permitted to attend.

Dated:   March 1st, 2010

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge