IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

      Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;

      Defendants.

_____

ORDER FOR STATUS REPORT
_____

On October 20, 2010, this Court entered an order staying all proceedings in this civil action pending final resolution of the state court litigation.  Nothing further has been filed and it is now

ORDERED that counsel shall submit a status report on or before March 28, 2011.

DATED: March 18th, 2011

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge