IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

       Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;

       Defendants.

_____

## ORDER FOR STATUS REPORT
_____

On March 28, 2011, counsel filed a Joint Status Report reporting the status of the state court action.  Nothing further has been filed and it is now

ORDERED that counsel shall submit a status report on or before June 4, 2012.

DATED: May 25th, 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge