IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

       Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;

       Defendants.

_____

ORDER FOR STATUS REPORT
_____

On August 8, 2013, plaintiffs' counsel filed a Status Report reporting the status of the state court action.  Nothing further has been filed regarding that action and it is now

ORDERED that counsel shall submit a status report on or before September 19, 2014.

DATED:  September 8th, 2014

                      BY THE COURT:

                      s/Richard P. Matsch
                      _____
                      Richard P. Matsch, Senior District Judge