IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW;

      Plaintiffs,

v.

JAMES G. KREUTZER,
HERMOSA PARK, LLC, a Colorado limited liability company;

      Defendants.

_____

## ORDER FOR STATUS REPORT
_____

On September 19, 2014, plaintiffs' counsel filed a Status Report informing that a motion to dismiss this action would be filed within two weeks.  Nothing further has been filed and it is now

ORDERED that counsel shall submit a status report on or before February 10, 2015.

DATED:   February 3rd, 2015

      BY THE COURT:

      s/Richard P. Matsch

      _____
      Richard P. Matsch, Senior District Judge