IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:08-cv-01463-RPM

EPC Corporation, an Arizona corporation;
DENNIS C. SHAW, an individual;

      Plaintiffs,

vs.

JAMES G. KREUTZER, an individual; et al.

      Defendants

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER having come before the Court on the Unopposed Motion for Dismissal With Prejudice filed by Plaintiffs EPC Corporation and Dennis Shaw, and the Court having reviewed the Motion and the attached Settlement Agreement between all the parties, and being otherwise fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned action, and all claims, counterclaims and defenses herein, are dismissed with prejudice, with all parties to bear their own attorneys' fees and costs.

Dated this _11_ of February, 2015

BY THE COURT:

_____
HON. RICHARD P. MATSCH
SENIOR DISTRICT JUDGE